UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CHRISTY L. PATTEN,**
Plaintiff,

Civil Action No.:
**3:10-CV-1044-MHT-WC**

**SANTANDER CONSUMER USA, INC.,**
a foreign corporation, **SECURITY**
**FINANCE, d/b/a SUNBELT CREDIT**,
a foreign corporation, **EQUIFAX**
**INFORMATION SERVICES LLC,** a
foreign limited liability company,
Defendants.

### JOINT STIPULATION OF DISMISSAL

COMES NOW David W. Vickers, attorney for Christy Patten, and Keith S. Anderson,

attorney for Security Finance d/b/a Sunbelt Credit, and moves this Court to dismiss the

complaint with prejudice herein against Defendant SECURITY FINANCE, and states as follows:

**1)**  That Defendant Security Finance has settled this matter with Plaintiff, Christy Patten

and that all other Defendants are to remain as parties herein.

**RESPECTFULLY SUBMITTED** this the 4th day of February, 2011.

/s/ David W. Vickers _____
David W. Vickers
*Attorney for Plaintiff*
**VICKERS & WHITE, PLLC**
428 South Lawrence Street
Montgomery, AL 36104
Telephone: (334) 269-1192
Facsimile: (334) 239-7408
dwvickers@vickersandwhitelaw.com

1

/s/Keith S. Anderson_____
Keith S. Anderson
*Attorney for Defendant, Security Finance*
**BRADLEY ARANT BOULT CUMMINGS**
1819 Fifth Avenue North
Birmingham, AL  35203-2119
Telephone:  (205) 521-8714
Facsimile:  (205) 488-6714
kanderson@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served via either United States Postal Mail, properly addressed and postage prepaid, or this Court's CM-ECF electronic filing system, to the following, on this 4th day of February 2011.

**3:10-cv-10440-MHT-WC Notice has been delivered by other means to:**

Equifax Information Services LLC
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Al  36104

Santander Consumer USA, Inc.
c/o CT Corporation System
2 North Jackson Street, Ste. 605
Montgomery, AL  36104

/s/ David W. Vickers_____
OF COUNSEL