IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTY L. PATTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:10cv1044-MHT |
| | ) | (WO) |
| SANTANDER CONSUMER USA, | ) | |
| INC., a foreign | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 10), it is the ORDER, JUDGMENT, and DECREE of the court that Security Finance and the claims against it are dismissed with prejudice.  This case remains pending as to the other defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of February, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE