UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTY PATTEN**,             ) | |
| Plaintiff,             ) | |
|                                          ) | |
| v.                                      ) | Civil Action No.: 3:10-CV-01044-MHT |
|                                          ) | |
| **SANTANDER CONSUMER USA, INC.,**  ) | |
| a domestic corporation, **EQUIFAX**  ) | |
| **INFORMATION SERVICES LLC,** a   ) | |
| foreign limited liability company, et al.,   ) | |
| Defendants.             ) | |

### MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves this Honorable Court to dismiss with prejudice all claims against Defendant Equifax Information Services, LLC, with the parties bearing their own costs, attorney's fees and expenses.

**RESPECTFULLY SUBMITTED** this the 16th day of February 2011.

/s/ David W. Vickers_____
David W. Vickers (VIC004)
*Attorney for Plaintiff*
**VICKERS & WHITE, PLLC**
428 South Lawrence Street
Montgomery, AL  36104
Telephone:  (334) 269-1192
Facsimile:   (334) 239-7408
bgriffin@vickersandwhitelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served via either United States Postal Mail, properly addressed and postage prepaid, or this Court's CM-ECF electronic filing system, to the following, on this 16th day of February 2011.

**3:10-cv-1044-WKW -WC Notice has been delivered by other means to:**

Brian J. Olson
King and Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
bjolson@kslaw.com

Equifax Information Services LLC
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

R. Frank Springfield
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205.251.3000
scarroll@burr.com

**SANTANDER CONSUMER USA, INC.**
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

                                                  s/ David W. Vickers
                                                  OF COUNSEL