IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CHRISTY L. PATTEN,            )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )    3:10cv1044-MHT
                              )        (WO)
SANTANDER CONSUMER USA,       )
INC., a foreign               )
corporation, et al.,          )
                              )
    Defendants.               )

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 12) is granted and that defendant Equifax Information Services, LLC and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  This case remains pending as to the other defendant.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 22nd day of February, 2011.**

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**