# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CHRISTY L. PATTEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.** |
| **SANTANDER CONSUMER USA,** ) | **3:10-cv-1044** |
| **INC., SECURITY FINANCE d/b/a** ) | |
| **SUNBELT CREDIT and EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Christy L. Patten ("Plaintiff") and defendant Santander Consumer USA, Inc. ("Santander"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Santander in the above-styled action, with Plaintiff and Santander to bear their own fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney R. Frank Springfield certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

1899803 v1

Respectfully submitted,


s/ R. Frank Springfield
John R. Chiles (CHI006)
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)

Attorneys for Defendants
SANTANDER CONSUMER USA, INC.


**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jchiles@burr.com
fspringf@burr.com
zmiller@burr.com


s/ David W. Vickers
David W. Vickers (VIC004)

Attorney for Plaintiff
CHRISTY L. PATTEN


**OF COUNSEL:**
VICKERS & WHITE, PLLC
428 South Lawrence Street
Montgomery, Alabama 36111
Telephone: (334) 269-1192
Facsimile: (334) 239-7408
dwvickers@vickersandwhitelaw.com

1899803 v1                                      2