IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTY L. PATTEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
| **v.** | ) | 3:10cv1044-MHT |
| | ) | (WO) |
| **SANTANDER CONSUMER USA,** | ) | |
| **INC., a foreign** | ) | |
| **corporation, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 15), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Santander Consumer USA, Inc. and the claims against it are dismissed with prejudice, with the parties to bear their own fees, costs, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 15th day of April, 2011.**

                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**